**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| N.W.M. AND E.M., MINORS, THROUGH THEIR PARENTS AND NATURAL GUARDIANS, J.M., N.M., AND J.A.M., | : | No. 67 EAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Respondents | : | from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PATRICE LANGENBACH AND DEFENDER ASSOCIATION OF PHILADELPHIA, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2022, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by petitioners are:

    a.    Whether quasi-judicial immunity applies to a guardian *ad litem* is an issue of first impression and implicates a matter of public importance that requires prompt and definitive resolution by this Court.

    b.    This Court's exercise of its discretionary jurisdiction is necessary because the Superior Court egregiously departed from accepted judicial practices when it concluded that Pennsylvania's intermediate courts are without authority to pass on questions involving policy considerations.